FILED 12 DEC '12 13:55 USDC-ORP

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND   DIVISION

Bobby G. Todd

No  Name  church

*(Enter full name of plaintiff(s))*

**Plaintiff(s),**

**v.**

City  of  Portland
State  of  Oregon

*(Enter full name of ALL defendant(s))*

**Defendant(s).**

3:12 – CV – 2239  JE

Civil Case No. _____

*(to be assigned by Clerk of the Court)*

### COMPLAINT

Jury Trial Demanded
☒ Yes        ☐ No

## I.  PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Bobby G. Todd

Street Address: homeless

City, State & Zip Code: Portland

Telephone No. 360-450-6694

**Defendant No. 1**   Name: _City of Port Land_

Street Address: _____

City, State & Zip Code: _PortLand Oregon_

Telephone No. _____

**Defendant No. 2**   Name: _State of Oregon_

Street Address: _____

City, State & Zip Code: _Salem, Oregon_

Telephone No. _____

**Defendant No. 3**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No. _____

**Defendant No. 4**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No. _____

## II. JURISDICTION

*Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. A case involving the United States Constitution or federal laws or treaties is a federal question case. A case in which a citizen of one state sues a citizen of another state and the amount in damages claimed is more than $75,000 is a diversity of citizenship case.*

A.   What is the basis for federal court jurisdiction (*check all that apply*)

☒ Federal Question            ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory, or treaty right is at issue?

1898-9 Act , church, School, Cemetary 33 Acers.

_____
_____
_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.  STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result.  It is not necessary to give any legal arguments or cite any cases or statutes.*

In 1986 the State of Oregon began a campaign to prevent myself from establishing a church on state forest. but refused to charge me with tresspassing Several years of harrassment ensurd and I was forced to Leave the State and was pursued covertly, which forced me to file discrimination complant with U.S. office for Civil Right and they too discriminated against myself. Since they both Civil Right office and State has correct their action, but the city of Portland is using their Parks department to attack homeless people by taking the property and not enforcing Laws to protect the general public. I filed suit in attempt to have the court intervience against U.S., Mexico, and Green Dimand Corp. and after doing was, in past 30 days, assalted on street, had guns fire near myself in forest park and after I complained to Portland police, the parks department Left an eviction type notice at my homeless class camp, but the police would take no report about assults and

gun fire that nieghbors also told myself who was firing guns. at the end of the west side of the St. Johns. brisdge. bttom 3 house. of hispanics.

## Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

The State of Oregon is pursuing a pattern
of discrimination against American citizen
in favor of illegal foreign nationals
because of their money benefits, at the
cost of all our freedom both in public
and in the work place, creating a slave
class and causing the death of American
citizen by discrimination in public
accomadation; bath room, jobs, laundry mats,
libraries, housing, health care, social services.

## Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV.   RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Grant 1 acer for church, 2 acers school, 30 acres for Cemetary as Frederal Law Allows. 1898-9 Act. Prohibit parks department from taking property of homeless, except as any law for garbage allows no survival equipment $10,000,000 in damages to build church & school & Cematary because no all homeless believe in Cremation. this Land to be grante as asset for ficture because of refusing to protect myself and general public against threats of Violen by foreign nationals on public Land even after being made aware of gun fire by niesbors & myself in forest park.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12 day of December, 20 12

*(Signature of Plaintiff(s))*